EDGAR *v.* BOARD OF ELECTION COMMISSIONERS OF LIV-
INGSTON COUNTY.

ELECTIONS—OFFICIAL BALLOT—PARTY TICKETS.

> The term "general election," as used in Act No. 271, Pub. Acts
> 1895, § 14, requiring the board of election commissioners in
> each county to place first on the official ballot the ticket of
> the party having the greatest number of votes within the
> county "at the last preceding general election," must be held
> to mean the November, and not the April, election, since sec-
> tion 2, subd. 19, 1 How. Stat., requires such construction to
> be given to the term, "unless inconsistent with the manifest
> intent of the legislature."

*Mandamus* by James W. Edgar, chairman of the Re-
publican county committee of Livingston county, to com-
pel the board of election commissioners of said county to
place the Republican party ticket first on the official ballot.
Submitted October 31, 1898.   Writ denied October 31,
1898.

*Claude A. Brayton* (*J. M. C. Smith, amicus curiæ*),
for relator.

*L. E. Howlett* (*A. A. Ellis,* of counsel ), for respondent.

PER CURIAM.   Subdivision 19, § 2, 1 How. Stat., pro-
vides that the term "general election" means the election
held in November, "unless such construction would be
inconsistent with the manifest intent of the legislature."
There can be no doubt that the election in the spring of
1897 was in a sense a general election, and that general
elections are periodically held, under our statutes, at times
other than in the month of November.   But that does not
lessen the force of the statute quoted, or its application to
cases growing out of acts which do not indicate that the
term was to be given a different meaning from that pro-

vided by section 2. What is there in this statute (Act No. 271, Pub. Acts 1895, § 14) to remove the presumption which arises from section 2? If nothing, that section must apply. We find nothing in said act to indicate what is meant by the term further than the use of the term, and it must therefore be held to mean the general election held in November.

The writ is denied, without costs.